# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **DERON BARTON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v.   ) | No.   2:19-cv-318-GZS |
| ) | |
| **VILLAGE MORTGAGE COMPANY,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 45) filed March 3, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that default is entered against Defendant Village Mortgage Company**.**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 29th day of April, 2020.