**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| DERON BARTON, EDMOND GOSSELIN, and ERIN MCNALLY, <br><br>  Plaintiffs, <br><br> v. <br><br> VILLAGE MORTGAGE COMPANY and BAY EQUITY LLC a/k/a VILLAGE MORTGAGE A DIVISION OF BAY EQUITY HOME LOANS a/k/a VILLAGE A DIVISION OF BAY EQUITY HOME LOANS a/k/a BAY EQUITY HOME LOANS, <br><br> Defendants. | Case No. 2:19-cv-00318-GZS |

**STIPULATION OF DISMISSAL**

Under Federal Rules of Civil Procedure 41(a), counsel for Plaintiffs and Defendant Bay Equity LLC hereby stipulate and consent to the dismissal of the above-captioned case as to Defendant Bay Equity LLC with prejudice and without attorney's fees or costs.

Respectfully submitted,

/s/   Michael T. Devine
Michael T. Devine
NORMAN, HANSON & DETROY
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112
Tel.  207-774-7000
Email:  mdevine@nhdlaw.com

*Attorney for Plaintiffs*

/s/   Gary J. Lieberman
Gary J. Lieberman (*pro hac vice*)
LITTLER MENDELSON, P.C.
One International Place
Boston, MA  02110
Tel.  617-387-6096
Email:  glieberman@littler.com

Melinda J. Caterine
LITTLER MENDELSON, P.C.
One Monument Square, Suite 600
Portland, Maine 04101
Tel.:  207.774.6001
Email:  mcaterine@littler.com

*Attorneys for Defendant Bay Equity, LLC*

Dated:  December 21, 2020

Dated:  December 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send the notification of such filing to counsel of record, identified below:

Michael T. Devine
NORMAN, HANSON & DETROY
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112
mdevine@nhdlaw.com
*Counsel for Plaintiffs*

                                        */s/ Gary J. Lieberman*
                                        Gary J. Lieberman